## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Space Rights, LLC

    *Plaintiff,*

      v.

N/A

    *Defendant*

Case: 1:19–mc–00024
Assigned To : Unassigned
Assign. Date : 2/19/2019
Description: Misc.

ORAL ARGUMENT NOT REQUESTED

### MISCELLANEOUS CASE FILING

Petitioner hereby requests a Miscellaneous Case File to be created for the indexing and archiving of documentation in Exhibit A pertaining to the Articles of Organization for Space Rights, LLC, a close Limited Liability Corporation established within the state of Wyoming.

Executed _2/19_, 2019.

Seal:

X _____

Authorized Representative
Space Rights, LLC
30 N Gould St
Ste 10995
Sheridan, WY 82801

RECEIVED

FEB 1 9 2019

Clerk, U.S. District and
Bankruptcy Courts

*Wyoming*
Secretary of State

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Aug 27 2018 11:03AM**
**Original ID: 2018-000817899**

# Limited Liability Company
## Articles of Organization

**I. The name of the close limited liability company is:**

Space Rights, LLC

**II. The name and physical address of the registered agent of the close limited liability company is:**

Registered Agents Inc.
30 N Gould St Ste R
Sheridan, WY 82801

**III. The mailing address of the close limited liability company is:**

30 N Gould St Ste R
Sheridan, WY 82801

**IV. The principal office address of the close limited liability company is:**

30 N Gould St Ste R
Sheridan, WY 82801

**V. The organizer of the close limited liability company is:**

Registered Agents Inc.
30 N Gould St Ste R Sheridan, WY 82801

**Signature:** *Riley Park*     Date: **08/27/2018**

Print Name: **Riley Park**

Title: **Authorized Individual**

Email: **reports@registeredagentsinc.com**

Daytime Phone #: **(307) 200-2803**

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

Secretary of State

- ☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.
- ☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).
- ☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.
- ☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.
- ☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

- ☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☐ An Individual   ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator or organizer. The following individual is signing on behalf of all Organizers or Incorporators.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature: *Riley Park*      Date: **08/27/2018**

Print Name: **Riley Park**
Title: **Authorized Individual**
Email: **reports@registeredagentsinc.com**
Daytime Phone #: **(307) 200-2803**

**Wyoming**
Secretary of State

Wyoming Secretary of State
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Registered Agents Inc.**, whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Space Rights, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:  *Riley Park*                                    Date:   **08/27/2018**

Print Name:   **Riley Park**

Title:   **Authorized Individual**

Email:   **reports@registeredagentsinc.com**

Daytime Phone #:   **(307) 200-2803**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

## CERTIFICATE OF ORGANIZATION

### Space Rights, LLC

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **27th** day of **August**, **2018** at **11:03 AM.**

Remainder intentionally left blank.



Secretary of State

Filed Online By:

Riley Park

on 08/27/2018

Filed Date: 08/27/2018



**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

WY Secretary of State
FILED: 11/30/2018 03:20 PM
Original ID: 2018-000817899
Amendment ID: 2018-002408928

# Limited Liability Company
## Amendment to Articles of Organization

1. Name of the limited liability company:

Space Rights, LLC

2. The date of filing its articles of organization: 08/27/2018

3. Article number(s) VI.                                      is amended as follows:

See the attached document.

**Signature:** _Riley Park_                    **Date:** 11/20/2018
*(Shall be executed by a person authorized by the company.)*                    *(mm/dd/yyyy)*

Print Name: Riley Park                    Contact Person: Riley Park

Title: Authorized Individual                    Daytime Phone Number: (307) 200-2803

                                              Email: reports@registeredagentsinc.com

*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

Checklist
- ✔ **Filing Fee: $50.00**  Make check or money order payable to Wyoming Secretary of State.
- ✔ Please submit one **originally signed** document.
- ✔ **Typical processing time is 3-5 business days** following the date of receipt in our office.
- ✔ Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

Received
NOV 21 2018
Secretary of State
Wyoming

ARTICLE VI

Space Rights LLC serves as administrative tool for private entities both natural and juridical to ensure interpretation of legislation favorable to private property rights for natural/juridical persons within the international framework governing Outer Space.

Space Rights LLC asserts herein an administrative property interest for the maintenance and preservation of all property, regardless of form, situated within the gravitational sphere of influence for Minor Planet 2003 SB 296 (160346), excluding the territorial surface/mineral subsurface of the celestial body, beginning immediately adjacent, and extending throughout the surrounding "Hill Sphere" in which the celestial body dominates the motion of particles.

Space Rights, LLC will undertake administrative tasks necessary for preservation of the asserted rights, establishing permanent records in official archives on county, state and federal levels and ensuring constructive public notice is satisfied via legal publication.

Maintaining domestic norms that developed for compliance with provisions of the 1967 Outer Space Treaty, Space Rights LLC will duly inform the competent national authority of execution of claim, to ensure that the Article VI requirement for authorization and continuing supervision of non-national entities is satisfied.



STATE OF WYOMING
Secretary of State

I hereby certify that this is a true
and complete copy of the document
as filed in this office.

_Edward A. Buchanan_
Secretary of State

By: _Rosalie Gonzales_

Date: _January 30, 2019_